UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PAUL ZIS | CASE NO. 6:23-CV-00133 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U S A A GENERAL INDEMNITY CO ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the "Motion to Dismiss Claims for Punitive Damages" (Rec. Doc. 8) filed by USAA General Indemnity Company is DENIED.

Signed at Lafayette, Louisiana, this 6th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE